

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-17-00220-CV

**IN THE INTEREST OF A.B.R., W.C.R., AND K.R.R, MINOR CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19862
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Appellee's motion for rehearing is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court